IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM HANSEN                                                                                      PLAINTIFF

              v.                               Civil No. 14-5280

NURSE DARLA WATSON;
DR. WARREN LAFFERTY;
SHERIFF KELLY CRADDUCK;
JOHN OR JANE DOE NURSING
STAFF                                                                                                    DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to 42 U.S.C § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

By order entered on April 16, 2015 (Doc. 20), Plaintiff was given an extension of time until May 8, 2015, to file his amended complaint. Plaintiff was advised that no further extensions would be granted without good cause shown. It was noted that this case has been pending since September 8, 2014.

On May 15, 2015, a show cause order (Doc. 21) was entered. Plaintiff was given until May 29, 2015, to show cause why this case should not be dismissed based on his failure to obey an order of this Court and his failure to prosecute this case.

To date, Plaintiff has not responded to the show cause order. The order was not returned as undeliverable. Plaintiff has not sought an extension of time to respond to the order or communicated with the Court in anyway.

I therefore recommend that this case be dismissed with prejudice for failure to comply with the orders of the Court and failure to prosecute this action. Fed. R. Civ. P. 41(b).

-1-

AO72A
(Rev. 8/82)

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of June, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)